IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01672-ZLW

PASTRIES PLUS INVESTORS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

PASTRIES PLUS OF UTAH, INC. A/k/a PASTRIES PLUS, INC. a/k/a PP
RESOLUTION CORPORATION, a Utah corporation;
SEAN KAFENTZIS, an individual;
KYLE KAFENTZIS, and individual;
U.S. BANK, N.A., a national banking association; and
LH ACQUISITION, LLC, a Utah limited liability company,

    Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For Fees And Costs Pursuant To 28 U.S.C § 1447(c) (Doc. No. 12). On August 11, 2008, the Court remanded this action to the District Court, City and County of Denver, Colorado, pursuant to 28 U.S.C. § 1447(c). The Court granted leave to Defendants to file a motion requesting attorney fees and costs for the improper removal.[1]

Plaintiff requests $1,453.25 in attorney fees. Defendants object on the grounds that they had an objectively reasonable basis to believe that all of Plaintiff's members were Colorado citizens and, therefore, complete diversity existed.

---

[1] "An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C. § 1447(c).

"Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal.  Conversely, <u>when an objectively reasonable basis exists, fees should be denied</u>."[2]  The Court finds that Defendants' efforts to determine the citizenship of Plaintiff's members was sufficient under the circumstances and that Defendants had an objectively reasonable basis for seeking removal.  Therefore, it is

ORDERED that Plaintiff's Motion For Fees And Costs Pursuant To 28 U.S.C § 1447(c) (Doc. No. 12; Aug. 26, 2008) is denied.

DATED at Denver, Colorado, this ___8___ day of October, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[2] <u>Martin v. Franklin Capital Corp.</u>, 546 U.S. 132, 141 (2005) (emphasis added).  The "unusual circumstances" described in <u>Martin</u> do not apply to the present case. <u>See</u> <u>id.</u>